# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:10CV78-RLV-DSC

| | |
|---|---|
| LINDA M. GADDY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| LINCOLN NATIONAL CORPORATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

## ORDER

**THIS MATTER** is before the Court on Defendant's "Motion to Appear Pro Hac Vice [for Adam J. Hubble]" (document #2) filed March 1, 2010. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: March 1, 2010

David S. Cayer
United States Magistrate Judge