UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-cv-78-FDW-DSC

| LINDA M. GADDY, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| LINCOLN NATIONAL CORPORATION, | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court upon Plaintiff's notice of voluntary dismissal wherein Plaintiff, represented by counsel, states that she "voluntarily dismiss[es] with prejudice her complaint. . . ." (Doc. No. 8). Defendant's local counsel indicated by phone that there is no objection to this dismissal. Pursuant to Plaintiff's notice and Federal Rule of Civil Procedure Rule 41(a)(2), Plaintiff's action is hereby DISMISSED with prejudice.

The Clerk is directed to terminate this action.

IT IS SO ORDERED.

Signed: October 5, 2010

Frank D. Whitney
United States District Judge